JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| MARINE AVETISYAN,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA et al.,<br><br>Respondents. | Case No. 5:26-cv-01138-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petition for Writ of Habeas Corpus filed on June 16, 2026.

Date: June 18, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge